AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| PERLA MAGENO, an individual,<br><br>*Plaintiff(s)*<br>v.<br>MON RESTAURANT GROUP INC., a Nevada corporation;<br>MON GROUP CALIFORNIA, INC., a California corporation;<br>and DOES 1-10, inclusive,<br><br>*Defendant(s)* | Civil Action No. 2:24-cv-10737-MEMF-RAO |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  MON RESTAURANT GROUP INC., a Nevada corporation;
Segawa Takashi
9770 S MARYLAND PKWY #3,,
Las Vegas, NV, 89123, USA
MON GROUP CALIFORNIA, INC., a California corporation;
1505 CORPROATION-MOROOT INC
JO MATSUURA
970 W 190TH ST STE 435
TORRANCE, CA 90502

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Manning Law, APC [Office: (949) 200-8755]
Joseph R. Manning, Jr., Esq. (SBN223381)
26100 Towne Centre Drive, Fotthill Ranch, CA 92610
Privacy@manninglawoffice.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____                                                              _____
*Signature of Clerk or Deputy Clerk*